Joseph C. Faucher, SBN: 137353
JosephFaucher@reish.com
Pascal Benyamini, SBN: 203883
PascalBenyamini@reish.com
**REISH & REICHER**
11755 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90025-1539
Telephone Number: (310) 478-5656
Facsimile Number: (310) 478-5831

Attorneys for Defendant, GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VERITAS HEALTH SERVICES, INC., a California corporation; PRIME HEALTHCARE ANAHEIM, LLC, a Delaware limited liability company; PRIME HEALTHCARE HUNTINGTON BEACH, LLC, a Delaware limited liability company; PRIME HEALTHCARE LA PALMA, LLC, a Delaware limited liability company; PRIME HEALTHCARE SERVICES, II, LLC, a Delaware limited liability company; PRIME HEALTHCARE SERVICES, III, LLC, a Delaware limited liability company; PRIME HEALTHCARE CENTINELA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, a Colorado corporation doing business as Great-West Healthcare; CIGNA HEALTHCARE-PACIFIC, INC., a California corporation; and DOES 1 through 100, Inclusive.<br><br>Defendants. | CASE NO.: EDCV09-01593-VAP(FMOx)<br><br>*Hon. Virginia A. Phillips*<br><br>**ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Original Hearing:<br>Date: November 16, 2009<br>Time: 1:30 p.m.<br>Courtroom: 2<br><br>Requested Hearing:<br>Date: November 30, 2009<br>Time: 1:30 p.m.<br>Courtroom: 2 |

1   The parties hereto having stipulated and good cause having been shown
2   therefore,
3   IT IS HEREBY ORDERED that the prior date set for the Scheduling
4   Conference, November 16, 2009, is hereby vacated, and the Scheduling Conference
5   shall proceed on November 30, 2009 at 1:30 p.m., in Courtroom No. 2 of the United
6   States District Court located at 3470 Twelfth Street, Riverside, California.

9   DATED: October 1, 2009                                  _____
                                                            VIRGINIA A. PHILLIPS, District Judge